IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>**Plaintiff**,<br><br>v.<br><br>MIGUEL ANGEL COLOMBANI JR.,<br><br><br>**Defendant(s).** | Case No. 3:23-cr-0249-01 (FAB) |

### ORDER

The Report and Recommendation filed on June 29, 2023, ECF No. 8 on defendant's Rule 11 proceeding held before Magistrate Judge Giselle López-Soler on June 28, 2023, to which no opposition has been filed, has been considered *de novo* and APPROVED.

The Court finds that the plea was entered voluntarily and intelligently, with awareness of the rights and the consequences of pleading guilty and that it contains all the elements of the offense charged in the Information. Accordingly, the guilty plea of defendant as to count one of the Information is accepted.

**Sentencing hearing remains set for September 27, 2023 at 9:00 a.m. in Old San Juan Courtroom 6, First Floor.**

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 14th day of July 2023.

s/*Francisco A. Besosa*
FRANCISCO A. BESOSA
Senior United States District Judge